UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TAMMY WILLIAMS KEITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:17-CV-81-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 28]. Plaintiffs motion for judgment on the pleadings [D.E. 22] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 25] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on May 9, 2018, and Copies To:**
Derrick Kyle Arrowood                                          (via CM/ECF electronic notification)
Gabriel R. Deadwyler                                           (via CM/ECF electronic notification)

DATE:                                          PETER A. MOORE, JR., CLERK
May 9, 2018                                    (By)  /s/ Nicole Briggeman
                                                       Deputy Clerk